1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, ANGEL JOSE MARTINEZ

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,       )    CASE #6:05-mj-00023-WMW
                                    )
11              Plaintiff,           )
                                    )    STIPULATION TO CONTINUE
12                                  )    TRIAL TO JULY 6, 2005
                                    )
13  vs                              )
                                    )
14                                  )
                                    )
15  ANGEL JOSE MARTINEZ             )
                                    )
16              Defendant.           )
                                    )
17  _____)

18         IT IS HEREBY STIPULATED by and between the Defendant, ANGEL JOSE

19  MARTINEZ, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United

20  States Government, Elizabeth Waldow, that the Trial in the in the above-captioned matter

21  currently scheduled for June 15, 2005, at 10:00 a.m. be continued until July 6, 2005 at 10:00 a.m.

22  Dated: June 13, 2005

23                                       By:  /s/ Carol Ann Moses
                                              CAROL ANN MOSES
24                                            Attorney for Defendant

25

26  Dated: June 13, 2005
                                         By:  /s/ Elizabeth Waldow
27                                            Elizabeth Waldow
                                              Legal Officer for
28                                            United States Government

---
1
STIPULATION TO CONTINUE  TRIAL AND ORDER THEREON

1
2                                        * * * ORDER * * *
3         The Court, having reviewed the above request for a Continuance of Trial until July 6,
4  2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5         1.      The Trial for Defendant ANGEL JOSE MARTINEZ shall be continued to
6                 July 6, 2005 at 10:00 a.m.
7
8                                        IT IS SO ORDERED.
9         **Dated:   June 14, 2005            /s/  William M. Wunderlich**
                     mmkd34UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28